# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **TOMEKA BOLES,** | ) | |
| | ) | |
| Plaintiff, | ) | 2:16-cv-12915-GER-APP |
| | ) | |
| v. | ) | Judge Gerald E. Rosen |
| | ) | |
| **AMERICAN CORADIUS** | ) | |
| **INTERNATIONAL, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party.

**Date:** October 31, 2016

1

| For Plaintiff, | For Defendant, |
|---|---|
| **Tomeka Boles** | **American Coradius International, LLC** |

| | |
|---|---|
|   /s David M. Marco |   /s with consent Deborah A. Lujan |
| SMITHMARCO, P.C. | Collins, Einhorn, Farrell & Ulanoff, P.C. |
| 20 South Clark Street, Suite 2120 | 4000 Town Center, Suite 909 |
| Chicago, IL 60603 | Southfield MI 48075-1473 |
| Telephone: (312) 546-6539 | Telephone: (248) 351-5417 |
| Facsimile: (888) 418-1277 | Facsimile: (248) 355-2277 |
| E-mail: dmarco@smithmarco.com | E-mail: Deborah.lujan@ceflawyers.com |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **TOMEKA BOLES,** | ) |
| | ) |
| Plaintiff, | )   2:16-cv-12915-GER-APP |
| | ) |
| v. | )   Judge Gerald E. Rosen |
| | ) |
| **AMERICAN CORADIUS** | ) |
| **INTERNATIONAL, LLC,** | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to settlement, this case is dismissed *with* prejudice, without costs to either party.

Dated: October 31, 2016              s/Gerald E. Rosen
                                     Hon. Gerald E. Rosen
                                     United States District Judge